IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MINDEN EXCHANGE BANK AND TRUST CO., | ) ) ) | |
| Plaintiff, | ) ) | 4:11CV3015 |
| vs. | ) ) | ORDER |
| ROGER L. WELLS, CAROL J. WELLS, THE UNITED STATES OF AMERICA, DEBRA J. JUNKER, NEBRASKA DEPARTMENT OF REVENUE, LYNN P. CARLSON, DALE E. CARLSON, and CAROL A. CARLSON, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court *sua sponte*. Based on the plaintiff's service on each defendant, the matter may now be ready for discovery and case progression. Accordingly,

**IT IS SO ORDERED.**

1. **On or before May 4, 2011**, any defendants who have not yet answered shall file an answer to the plaintiff's complaint in this case.

2. The parties shall have to **on or before May 23, 2011**, to file a planning report as required by Federal Rule of Civil Procedure 26(f). Please use the revised "Form 35 (Rule 26(f)) Report" posted on the court's website, www.ned.uscourts.gov/forms/, which provides an agenda for the parties' initial conference.

3. The Clerk of Court shall mail a copy of this order to:

> Roger and Carol Wells
> 450 S. Road
> Axtell, NE 68924

DATED this 28th day of March, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge